`

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD SYKES,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>PIONEER TITLE OF ADA COUNTY, AMERICAN BROKERS CONDUIT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), FEDERAL NATIONAL MORTGAGE ASSOCIATION; HOMEWARD RESIDENTIAL, INC., formerly known as AMERICAN HOME MORTGAGE; NORTHWEST TRUSTEE SERVICES, INC.,<br><br>　　　　　　Defendants. | Case No. 4:11-cv-00377-BLW-LMB<br><br>**ORDER** |

On January 7, 2013, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation, recommending that Defendant's Motion for Judgment on the Pleadings be GRANTED. (Dkt. 72). Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judges's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which

objection is made." *Id.* The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R. Civ. P. 72(b).

No objections to the report and recommendation were filed and the time for doing so has passed. The Court has reviewed the Report and Recommendation, the parties' briefing on the Motion, and the entire record in this matter. Based upon this review, the Court finds the Report and Recommendation has correctly decided the Motion.

## ORDER

**IT IS ORDERED:**

1. Having conducted a *de novo* review of the Report and Recommendation, the Court finds that Magistrate Judge Larry M. Boyle's Report and Recommendation is well founded in law and consistent with the Court's own view of the evidence in the record. Therefore, acting on the recommendation of Magistrate Judge Larry M. Boyle, and this Court being fully advised in the premises, **IT IS HEREBY ORDERED** that the Report and Recommendation entered on January 7, 2013, (Dkt. 91), shall be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

2. Defendants' Motion for Judgment on the Pleadings is GRANTED (Dkt. 72) is **GRANTED**.

3. All other pending motions (Dkts. 51, 75, 78, 80, 81, 82, 83, and 84) are DENIED as MOOT; and

4. Plaintiff's Complaint (Dkt. 1) is DISMISSED with prejudice.



DATED: February 5, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 3**